## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** _17-1356_ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: _Bank of America, N.A._

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

_/s/ Wm. Grayson Lambert_
(signature)

| | |
|---|---|
| _Wm. Grayson Lambert_ | _704-343-2367_ |
| Name (printed or typed) | Voice Phone |
| _McGuireWoods LLP_ | _704-444-8738_ |
| Firm Name (if applicable) | Fax Number |
| _201 N. Tryon St., Suite 3000_ | |
| _Charlotte, NC 28202_ | _glambert@mcguirewoods.com_ |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on _March 24, 2017_ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| See attached service list | |

_/s/ Wm. Grayson Lambert_                          _March 24, 2017_
              Signature                                               Date

**Notice will be electronically mailed to:**

| | |
|---|---|
| Mr. Donald M. Temple | dtemplelaw@gmail.com |
| Ms. Jessica Erin Morrison | jmorrison@mcguirewoods.com |
| Leonard Bruce Simon | lens@rgrdlaw.com |
| Mr. Richard Dennis Heideman | rdheideman@hnklaw.com |
| Mr. Noel Jason Nudelman | njnudelman@hnklaw.com |
| Mr. Bradley R. Kutrow | bkutrow@mcguirewoods.com |
| Richard Stuart Wayne | rswayne@strausstroy.com |
| Mr. James C. White | jwhite@ptwfirm.com |
| Mrs. Ava E Lias-Booker | alias-booker@mcguirewoods.com, |
| Mr. Dhamian Blue | dab@bluestephens.com |
| Michelle Merck Walker | mwalker@ptwfirm.com, mking@ptwfirm.com |
| Ms. Tracy Reichman Kalik | trkalik@hnklaw.com |

**Notice will be sent by U.S. mail to:**

Brian P. Troutman
MCGUIREWOODS, LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202

Angela H. Zimmern
MCGUIREWOODS, LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202

Matthew W. Fellerhoff
STRAUSS & TROY, LPA
Fourth Fl
150 East 4th Street
Cincinnati, OH 45202-4018

Daniel T. Blue, Jr.
BLUE STEPHENS & FELLERS LLP
Suite 300
205 Fayetteville Street
Raleigh, NC 27601