UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __17-1356__    Caption: __Dwoskin, et al. v. Bank of America, N.A.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Bank of America, N.A.__
(name of party/amicus)

who is _____Appellee_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☑ YES ☐ NO
   If yes, identify all parent corporations, including all generations of parent corporations:
   Bank of America, N.A. is a wholly owned subsidiary of BANA Holding Corporation, which is a wholly owned subsidiary of BAC North America Holding Company, which is a wholly owned subsidiary of NB Holdings Corporation, which is a wholly owned subsidiary of Bank of America Corporation ("BAC"), which is a publicly held corporation.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(a)(2)(B))? ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: /s/ Bradley R. Kutrow           Date: March 24, 2017

Counsel for: Bank of America, N.A.

# CERTIFICATE OF SERVICE
**************************

I certify that on   March 24, 2017   the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Brian P. Troutman
MCGUIREWOODS, LLP
201 North Tryon Street Suite 3000
Charlotte, NC 28202

Matthew W. Fellerhoff
STRAUSS & TROY, LPA
150 East 4th Street, Fourth Floor
Cincinnati, OH 45202-4018

Angela H. Zimmern
MCGUIREWOODS, LLP
201 North Tryon Street Suite 3000
Charlotte, NC 28202

Daniel T. Blue, Jr.
BLUE STEPHENS & FELLERS LLP
205 Fayetteville Street, Suite 300
Raleigh, NC 27601

/s/ Bradley R. Kutrow                          March 24, 2017
     (signature)                                    (date)