# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __17-1356__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __See attached list__

_____ as the
(party name)

✓ appellant(s)    appellee(s)    petitioner(s)    respondent(s)    amicus curiae    intervenor(s)    movant(s)

__/s/ Dhamian A. Blue__
(signature)

| | |
|---|---|
| Dhamian A. Blue | (919) 833-1931 |
| Name (printed or typed) | Voice Phone |
| Blue LLP | (919) 833-8009 |
| Firm Name (if applicable) | Fax Number |
| 205 Fayetteville Street, Suite 300 | |
| Raleigh, North Carolina 27601 | dab@bluellp.com |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on __April 4, 2017__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:
See attached service list

__/s/ Dhamian A. Blue__                                 __April 4, 2017__
Signature                                                                   Date

01/19/2016 SCC

## SUPPLEMENTAL ATTACHMENT

**Plaintiff-Appellants**

Teresa Butler

Linda Campbell

Linda Cuadra

Sean Decker

Jennifer Decker

Kelly Dills

Stefani Dills

Matthew Dwoskin

Randi Dwoskin

Alfred Figley

Jennifer Walsh

Michael Walsh

Phillip Wertheimer

JoAnn Woods

Shawn Woods

Kerrie Zipprich

## SERVICE LIST

**Notice will be electronically mailed to:**

Mr. Donald M. Temple: dtemplelaw@gmail.com
Ms. Jessica Erin Morrison: jmorrison@mcguirewoods.com
Mr. Leonard Bruce Simon: lens@rgrdlaw.com
Mr. Richard Dennis Heidman: rdheideman@hnklaw.com
Mr. Noel Jason Nudelman: njnudelman@hnklaw.com
Mr. Bradley R. Kutrow: bkutrow@mcguirewoods.com
Mr. Richard S. Wayne: rswayne@strausstroy.com
Mr. James C. White: jwhite@ptwfirm.com
Mrs. Ava E Lias-Booker: alias-booker@mcguirewoods.com
Ms. Michelle Merck Walker: mwalker@ptwfirm.com
Mr. Brian P. Troutman: btroutman@mcguirewoods.com
Ms. Tracy Reichman Kalik: trkalik@hnklaw.com

**Notice will not be electronically mailed to:**

Matthew W. Fellerhoff
STRAUS & TROY, LPA
Fourth Fl
150 East 4th Street
Cincinnati, OH 45202-4018

Angela Zimmern
MCGUIREWOODS, LLP
201 North Tryon Street
Charlotte, NC 28202

Daniel T. Blue, Jr.
BLUE LLP
205 Fayetteville Street
Suite 300
Raleigh, NC 27601